**SCHLANGER LAW GROUP LLP**

> Application granted. The initial conference is adjourned to 8/4/2020 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> June 29, 2020

**VIA ECF**

Hon. Philip M. Halpern
United States District Court, S.D.N.Y.
500 Pearl St.
New York, NY 10007-1312

    **Re:**    *Gino J. Scalabrini v. PMAB, LLC, et al.*
    **Index:**  *7:18-cv-11152-PMH*

Your Honor:

    My law firm was retained late last week as incoming counsel for Plaintiff in the above referenced matter. We filed a substitution of counsel form earlier today. ECF Doc. 38.

    On consent of the remaining Defendant, PMAB, LLC, I write to request that the upcoming initial conference -- currently scheduled for July 1, 2020 (ECF Doc. 37) -- be adjourned.

    I request this adjournment so that I can properly familiarize myself with the file; meet and confer with opposing counsel in advance of the conference and, in consultation with opposing counsel, complete the proposed Civil Case Discovery Plan and Scheduling Order, as required by the Court. I also intend to discuss potential resolution with opposing counsel.

    This is a first request for adjournment. The request does not impact any other court deadlines. Opposing counsel and I are both available for the rescheduled initial conference on the following dates: August 4, 5, 6, 10, 11, 12 or 13.

                            Respectfully,

                              */s/ Daniel Schlanger*

                              Daniel A. Schlanger

cc: all counsel of record

**T.** 212.500.6114
**F.** 646.612.7996
**E.** dschlanger@consumerprotection.net

80 Broad Street
Suite 1301
New York, NY 10004